# BRIAN PONDER LLP
# TRIAL LAWYERS

745 FIFTH AVENUE
SUITE 500
NEW YORK, NY 10151

TEL 646.450.9461
FAX 646.607.9238



September 10, 2024

Hon. Jennifer H. Rearden, United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007
<u>**VIA CM/ECF**</u>

**Re:** *Keane v. Early Warning Services, LLC, et al.* – Case No. 1:24-cv-06108-JHR; Order [3]

Dear Judge Rearden:

May It Please the Court. I represent the plaintiff, Antoine Keane ("Plaintiff" or "Mr. Keane"). On 8/15/2024, Judge Abrams entered an Order [3], requiring the Parties to submit a joint letter on 9/13/2024, and appear by phone for an initial status conference on 9/20/2024, at 3:00 p.m. Plaintiff respectfully requests to know if said Order [3] is still in effect or whether it is adjourned to another date or modified as to the call-in number provided or in any other way by this Court.

Thank you.

Respectfully submitted,

s/ Brian L. Ponder

Brian L. Ponder, Esq. (BP0696)
*Attorney for Plaintiff*

cc:    All parties of record via CM/ECF

Per the Court's August 22, 2024 Notice of Reassignment, "all prior orders, dates, and deadlines shall remain in effect notwithstanding the reassignment. . . . However, all previously scheduled appearances or conferences before the District Judge are hereby adjourned pending further notice from the Court." ECF No. 13. Accordingly, the September 20, 2024 status conference has been adjourned *sine die*. In addition, the deadline to submit the joint letter described in ECF No. 3 is hereby adjourned.

The Clerk of Court is directed to terminate ECF No. 29.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 11, 2024