UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANTOINE KEANE,                          :
                                        :        24cv6108(DLC)
                        Plaintiff,      :        25cv3411(DLC)
                                        :
            -v-                         :        ORDER
                                        :
EARLY WARNING SERVICES, LLC, et al.,    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     These cases having been reassigned to this Court for all

purposes, it is hereby

     ORDERED that the parties shall file a letter no later than

December 17, 2025, apprising the Court of the status of this

action.

     IT IS FURTHER ORDERED that the parties shall, no later than

December 19, 2025, provide this Court one copy of the operative

complaint and two courtesy copies of all motions pending in this

case by mail or hand-delivery to 500 Pearl Street, New York, NY

10007.

Dated:    New York, New York
          December 8, 2025

                                _____
                                        DENISE COTE
                                United States District Judge