# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ANTOINE KEANE,

                              Plaintiff,

               -against-

  EARLY WARNING SERVICES, LLC, et al.,

                          Defendants.

-------------------------------------------------------------------------X

24 **CIVIL** 06108 (DLC)
25 **CIVIL** 03411 (DLC)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 11, 2026, the defendants' motions of August 19, August 30, and September 3, 2024 to dismiss the 2024 Action are granted. Accordingly, the 2024 case is closed. The May 16, 2025 motion by EWS to dismiss the claims brought against it in the 2025 Action is granted. The only remaining claims are those brought against KeyBank in the 2025 Action. KeyBank has answered the complaint. The May 6, 2025 motion by the plaintiff to strike KeyBank affirmative defenses is denied. A scheduling order will set a date for an initial conference in the 2025 Action.

**Dated:** New York, New York

     March 11, 2026

                                   **TAMMI M. HELLWIG**

                             _____

                                   **Clerk of Court**

             **BY:**

                             _____

                                   **Deputy Clerk**